John G. CUNNINGHAM, Appellant,

v.

Jo Anne B. BARNHART, Commissioner, Social Security Administration, Appellee.

No. 03–1213.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 19, 2003.

Decided Dec. 30, 2003.

Frederick S. Spencer, Mountain Home, AR, for Plaintiff–Appellant.

Stacey E. McCord, U.S. Attorney's Office, Little Rock, AR, Richard A. Gilbert, Jr., Dallas, TX, for Defendant–Appellee.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

John G. Cunningham appeals the district court's [*] order upholding the Social Security Commissioner's decision to deny Cunningham disability insurance and supplemental security income benefits. We conclude substantial evidence in the record as a whole supports the administrative law judge's determination at step two of the sequential evaluation process that Cunningham did not show he has a medically severe impairment, and the judgment of the district court is correct. Accordingly, we affirm for the reasons stated in the district court's order. *See* 8th Cir. R. 47B.

---

[*] The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties under 28 U.S.C. § 636(c).